## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| E*Trade Securities LLC,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Deutsche Bank AG et al.,<br><br>　　　　　　　Defendants. | **Civil No. 02-3711 RHK/AJB** |
| E*Trade Securities LLC, as assignee of Fiserv Securities, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Nomura Canada, Inc. et al.,<br><br>　　　　　　　Defendants. | **Civil No. 03-5311 RHK/AJB** |
| Ferris, Baker Watts, Inc.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Deutsche Bank Securities Ltd., et al.,<br><br>　　　　　　　Defendants. | **Civil No. 02-3682 RHK/AJB** |

**ORDER**

1

2

Defendant Nomura Securities International, Inc. ("NSI")'s Motion Concerning Word Limits For Motion for Summary Judgment is **GRANTED** as follows:

1. NSI may file an Omnibus Summary Judgment Motion; and

2. The word count limitation applicable to NSI's summary judgment motion is expanded to 24,000 words cumulatively for opening and reply briefs.

Dated: May 27, 2005

s/Richard H. Kyle
The Honorable Richard H. Kyle
United States District Judge