## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| E*TRADE Securities LLC, | ) | Civil No. 02-3711 (RHK/AJB) |
| Plaintiff, | ) | |
| v. | ) | |
| Deutsche Bank AG et al., | ) | |
| Defendants. | ) | |
| E*TRADE Securities LLC as assignee of Fiserv Securities, Inc., | ) | Civil No. 03-5311 (RHK/AJB) |
| Plaintiff, | ) | |
| v. | ) | |
| Nomura Canada, Inc. et al., | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff E*TRADE Securities LLC's ("E*TRADE") Motion For Leave To File A Single Consolidated Brief In Opposition To The Nomura Defendants' Three Summary Judgment Motions is **GRANTED** as follows:

1.    E*TRADE may file a consolidated brief in opposition to the summary judgment motions filed by Nomura Securities International, Inc., Nomura Canada, Inc. and Scott Reed.

2.    The word count limitation applicable to E*TRADE's consolidated opposition brief is expanded to 36,000 words.

Dated:  June  21 , 2005

s/Richard H. Kyle
The Honorable Richard H. Kyle
United States District Judge