# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ferris, Baker Watts, Inc.,

          Plaintiff,

v.

          Civil No. 02-3682 (RHK/AJB)
          **ORDER**

Deutsche Bank Securities Ltd., et al.,

          Defendants.

---

E*TRADE Securities LLC,

          Plaintiff,

          Civil No. 02-3711 (RHK/AJB)
          **ORDER**

v.

Deutsche Bank AG, et al.,

          Defendants.

---

James P. Stephenson,

          Plaintiff,

          Civil No. 02-4845 (RHK/AJB)
          **ORDER**

v.

Deutsche Bank AG, et al.,

          Defendants.

Wedbush Morgan Securities, Inc.,

        Plaintiff,

        Civil No. 03-5198 (RHK/AJB)
        **ORDER**

v.

Deutsche Bank AG, et al.,

        Defendants.

---

E*TRADE Securities, LLC as assignee of
Fiserv Securities, Inc.,

        Plaintiff,

        Civil No. 03-5311 (RHK/AJB)
        **ORDER**

v.

Nomura Canada, Inc., et al.,

        Defendants.

---

CIBC World Markets, Inc.,

        Plaintiff,

        Civil No. 04-1469 (RHK/AJB)
        **ORDER**

v.

Deutsche Bank Securities, Inc., et al.,

        Defendants.

Plaintiffs in the above-captioned cases have made motions to reopen those cases. Each of those motions (Civ. No. 04-1469, Doc. No. 386; Civ. No. 03-5311, Doc. No. 463; Civ. No. 03-5198, Doc. No. 301; Civ. No. 02-4845, Doc. No. 591; Civ. No. 02-3711, Doc. No. 844; Civ. No. 02-3682, Doc. No. 944) is **GRANTED** as follows:

1. The above-captioned cases are **REOPENED** and shall remain open until May 22, 2006; and

2. Plaintiffs in the above-captioned cases have leave to seek additional time beyond May 22, 2006, if necessary.

Dated: February 21, 2006                                    s/Richard H. Kyle
                                                                                                   RICHARD H. KYLE
                                                                                                   United States District Judge