**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| E*TRADE Securities LLC,<br>　　　　*Plaintiff,*<br>　　v.<br>Deutsche Bank AG et al.,<br>　　　　*Defendants.*<br>E*TRADE Securities LLC as assignee of Fiserv Securities, Inc.,<br>　　　　*Plaintiff,*<br>　　v.<br>Nomura Canada, Inc. et al.,<br>　　　　*Defendants.* | Civil No. 02-3711 (RHK/AJB)<br><br>ORDER<br><br>Civil No. 03-5311 (RHK/AJB) |

　　　　BASED UPON THE STIPULATIONS (Civil No. 02-3711, Doc. No. 900, Civil No. 03-5311, Doc. No. 477), **IT IS ORDERED** that all claims by E*TRADE Securities LLC against James Smith in the above-entitled actions are hereby **DISMISSED WITH PREJUDICE,** without further costs, disbursements or attorneys' fees to any party.

Dated: September 8, 2006　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge